# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE BATES,<br><br>　　　　　　Petitioner,<br>　　v.<br>JOHN SOTO, Warden,<br><br>　　　　　　Respondent. | Case No. CV 15-03326 SJO (AFM)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: December 22, 2015

　　　　　　　　　　　　　　　　　　*S. James Otero*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE